# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BAR INDY, LLC et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No.: 1:20-cv-02482-JMS-DML |
| | ) | |
| CITY OF INDIANAPOLIS, et al., | ) | |
| | ) | |
| Defendants | ) | |

## MOTION FOR JUDGEMENT ON THE PLEADINGS

Defendants, City of Indianapolis and Mayor Hogsett, respectfully seek Judgment on the Pleadings in their favor pursuant to Federal Rule of Civil Procedure 12(c), Federal Rule of Civil Procedure 12(b)(1), and Federal Rule of Civil Procedure 12(b)(6). Defendants contemporaneously file their brief in support of this motion.

Respectfully submitted,

/s/ Anne C. Harrigan
Anne C. Harrigan (23601-64)
Chief Litigation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: anne.harrigan@indy.gov

**CERTIFICATE OF SERVICE**

I certify that this document was electronically filed on November 12, 2020. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Anne C. Harrigan_____
Anne C. Harrigan (23601-64)
Chief Litigation Counsel