UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BAR INDY LLC, et al.                          )
                                              )
                Plaintiffs,                   )
                                              )
        v.                                    )        No. 1:20-cv-02482-JMS-DML
                                              )
MARION COUNTY PUBLIC HEALTH                   )
DEPARTMENT, et al.                            )
                                              )
                Defendants.                   )

## Order

According to Federal Rule of Civil Procedure 5(d), disclosures made under Rule 26(a)(1) "must not be filed until they are used in the proceeding or the court orders filing." Therefore, the court STRIKES the Rule 26 initial disclosures filed by plaintiffs (Dkt. 38) on January 22, 2021, but acknowledges they were served.

Further, according to Local Rule 26-2, "(d)iscovery materials (whether discovery requests, responses, or deposition transcripts) may not be filed with the court except in the following circumstances . . . ." Therefore, the court directs the Clerk to STRIKE plaintiffs' request for production of documents (Dkt. 40) and interrogatories (Dkt. 41) filed on January 25, 2021.

So ORDERED.

Date: 1/25/2021

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system