UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BAR INDY LLC, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No: 1:20-cv-02482-JMS-DML ) |
| CITY OF INDIANAPOLIS, et al., | ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS MARION COUNTY PUBLIC HEALTH DEPARTMENT
AND DR. VIRGINIA CAINE'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendants Marion County Public Health Department and Dr. Virginia Caine (collectively, "MCPHD") provides the following Preliminary Witness and Exhibit List. MCPHD reserves the right to amend or supplement this list based on further investigation and discovery.

**PRELIMINARY WITNESS LIST**

1. Dr. Virginia Caine, MCPHD Director and Chief Medical Officer;
2. Joseph Gibson, MCPHD Director of Epidemiology;
3. Janelle Kaufman, MCPHD Administrator of Food & Consumer Safety;
4. Jason Stellema, owner of Tiki Bob's Cantina;
5. Jason Jenkins, owner of Tiki Bob's Cantina and Revel Bar Indy LLC;
6. Tom Sutton, owner of Isentark Entertainment, LLC;
7. Joel Bourke, owner of BEMbars, Inc.;
8. Ryan Nally, owner of R&D Companies, Inc.;
9. Jessica Thompson, owner of Whistle Stop Inn Inc.;
10. JR Johnson, owner of Classic 46, Inc.;
11. Ryan Greb, TAD Indy Inc.;

12. Michael Doran, owner of New Journey, LLC;

13. Robert Sabatini, owner of Kore Enterprises, Inc.;

14. Greg Basey, owner of Basey LLC;

15. Chris Miller, owner of MILO Entertainment LLC;

16. Edward Gregg, owner of 5135 Holdings Inc.;

17. Dennis Lugar, owner of D & D Lugar, Inc.;

18. Any and all witnesses disclosed by the parties in their initial disclosures, discovery responses, witness lists, or otherwise in this litigation;

19. Any witness called by any other party;

20. Testifying and/or rebuttal experts designated by the parties;

21. Any witness necessary for impeachment or rebuttal;

22. Any witness necessary for foundation purposes; and

23. Any witness necessary to establish the admissibility of documents or records.

## PRELIMINARY EXHIBIT LIST

1. Data or studies evidencing or related to the spread of COVID-19;

2. Data or studies evidencing or related to COVID-19 positive cases;

3. Data or studies evidencing or reflecting COVID-19 cases by age, race, and sex;

4. Data or studies evidencing or related to COVID-19 hospitalizations;

5. Data or studies evidencing or related to COVID-19 deaths;

6. Executive orders related to COVID-19, issued by Governor Eric Holcomb;

7. Guidance received from the Indiana State Department of Health related to COVID-19;

8. Guidance received from the Centers for Disease Control related to COVID-19;

9. Guidance received from the White House;

10. Data, studies or guidance received from Resolve to Save Lives;

11. Data, studies or guidance received from the Indiana University Fairbanks School of Public Health;

12. Public health orders related to COVID-19, issued by MCPHD;

13. Public health citations issued to any Plaintiff;

14. Any and all of Plaintiffs' bar tabs, bookkeeping sheets, tax returns, and any other financial records;

15. Transcripts of any depositions taken in this action, with any exhibits appended thereto;

16. Reports prepared by or relied upon by any party's testifying experts, including demonstrative, supporting, and reliance materials;

17. Any documents produced or identified by any party in discovery;

18. Any documents identified on any disclosures or preliminary exhibit lists served and/or filed by any party;

19. Any documents necessary for purposes of impeachment and/or rebuttal; and

20. Any documents necessary for foundation purposes.

Respectfully submitted,

/s/ *Anne K. Ricchiuto*
A. Scott Chinn (#17903-49)
Anne K. Ricchiuto (#25760-49)
Jason M. Rauch (#34749-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Tel. (317) 237-0300
Fax (317) 237-1000
scott.chinn@faegredrinker.com
anne.ricchiuto@faegredrinker.com
jason.rauch@faegredrinker.com

*Attorneys for Defendants Marion County Public Health Department and Dr. Virginia Caine*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ *Anne K. Ricchiuto*